UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| AARON LEE ADAMS and : | Case No. 14-19903REF |
| DULCEA MARAE ADAMS, : | Chapter 7 |
|     Debtors : | |
| ------------------------------------------------------------------------ | |
| TINA GOMERSALL, : | |
|     Plaintiff : | |
| v. : | Adv. 18-68 |
| : | |
| AARON LEE ADAMS, : | |
|     Defendant : | |

# **ORDER**

AND NOW, this 24 day of April, 2019, for the reasons stated in the accompanying Statement in Support of Order Granting Plaintiff's Motion for Reconsideration entered in this adversary proceeding of even date herewith, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration and/or [sic] Partial Relief from Order is GRANTED as discussed in the Statement.

IT IS FURTHER ORDERED that the Order I entered on September 19, 2018 granting Debtor's motion to dismiss with prejudice the portion of count I.A. of Plaintiff's Amended Complaint that sought to give collateral estoppel effect to the Sol Terra judgment is VACATED.

IT IS FURTHER ORDERED that Defendant's motion to dismiss the portion of count I.A. of Plaintiff's Amended Complaint that sought to give collateral estoppel effect to the Sol Terra judgment is DENIED and this portion of count I.A. remains in full force and effect.

18

IT IS FURTHER ORDERED that the Order I entered on September 19, 2018 granting Defendant's motion to dismiss, without prejudice, the portion of count I.B. of Plaintiff's amended complaint that sought to hold Debtor personally liable for the Sol Terra debt based on piercing the corporate veil is VACATED.

IT IS FURTHER ORDERED that Debtor's motion to dismiss the portion of count I.B. of Plaintiff's amended complaint that sought to hold Debtor personally liable for the Sol Terra debt based on the piercing of the corporate veil theory is GRANTED and this portion of count I.B. is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all remaining portions of my September 19, 2018 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that Plaintiff is GRANTED LEAVE to file a second amended complaint in compliance with this Order within thirty (30) days of the date of this Order that seeks (1) to hold Debtor personally liable for the debt owed to Plaintiff by Sol Terra based on the participation theory and (2) an independent finding of nondischargeability under section 523(a)(2)(A).

BY THE COURT

_____
RICHARD E. FEHLING
Chief United States Bankruptcy Judge